UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH VITO MARKETTE,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 26-cv-00247-AGT

**ORDER SETTING DEADLINE FOR PLAINTIFF TO FILE MOTION TO WITHDRAW CONSENT**

Re: Dkt. Nos. 11, 12

On March 24, 2026, Plaintiff Joseph Vito Markette filed a consent to magistrate judge jurisdiction. Dkt. 11. However, on March 30, 2026, Plaintiff filed a "Notice of Withdrawal of Consent to Magistrate Judge." Dkt. 12. Defendant had previously consented to magistrate judge jurisdiction on January 15, 2026. Dkt. 5.

Once all parties consent to magistrate judge jurisdiction, a district court can permit that consent to be withdrawn only "for good cause shown on its own motion, or under extraordinary circumstances shown by any party." *Dixon v. Ylst*, 990 F.2d 478, 480 (9th Cir. 1993) (quoting 28 U.S.C. § 636(c)(4)); *see also* Fed. R. Civ. P. 73(b) ("On its own for good cause—or when a party shows extraordinary circumstances—the district judge may vacate a referral to a magistrate judge under this rule."). Only a district judge may rule on a motion to withdraw consent to a magistrate judge. *Branch v. Umphenour*, 936 F.3d 994, 1003 (9th Cir. 2019). A party must show either "good cause" or "extraordinary circumstances" to withdraw their consent. *Id.* at 1004.

If Plaintiff seeks to withdraw his consent to proceed before a magistrate judge, he must file a motion to withdraw consent by **October 19, 2026**. The Court will refer any such motion to withdraw consent to the general duty judge for resolution.

**IT IS SO ORDERED.**

Dated: October 5, 2026

Alex G. Tse
United States Magistrate Judge